**Order entered September 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00579-CV**

**IN RE MICHAEL E. ROBINSON AND THE ROBINSON LAW FIRM,**
**Relators**

Original Proceeding from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-14300

# ORDER

Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Staci Williams, to grant or deny the pending motion of Michael E. Robinson and The Robinson Law Firm to withdraw as counsel of record for Deylan Walker. We further **ORDER** the trial judge to file with this Court **within twenty (20) days of the date of this order**, a certified copy of her order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue. The

trial stay ordered by this Court shall remain in force until the Honorable Staci

Williams grants or denies the motion to withdraw as counsel of record.

Order entered this 23rd day of September 2022.

/s/    BILL PEDERSEN, III
JUSTICE